<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 13-00748-SDW-3 |
| | : | |
| JOSEPH WOLFSON; | : | |
| JAMES JEFFERS JR.; | : | **ORDER** |
| ROBERT JEFFREY; | : | |
| BETTY SIMON, TRUSTEE LLC; and | : | |
| RICHARD SIMON, TRUSTEE, | : | January 28, 2016 |
| | : | |
| Defendants. | : | |

**WIGENTON**, District Judge.

Before this Court is Defendant James Jeffers Jr.'s ("Defendant") Post-Verdict Motion for Judgment of Acquittal and Motion for New Trial ("Motion for Acquittal and New Trial") pursuant to Fed. R. Crim. Pro. 29(c) and 33. (Dkt. No. 195.) This Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated on the record during oral argument on January 28, 2016,

**IT IS** on this 28th day of January, 2016,

**ORDERED** that Defendant's Motion for Acquittal and New Trial is **DENIED**.

**SO ORDERED.**

s/ Susan D. Wigenton<br>
**Susan D. Wigenton, U.S.D.J.**

cc:  Parties
     Clerk