UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: March 29, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Mollie Giordano

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                  Docket# 13-CR-748-3

U.S.A. v. JAMES JEFFERS, JR.

**Appearances**:
Steven Tugander, AUSA for the Gov't
Bryan Bughman, AUSA for the Gov't
Grace Pyun, AUSA for the Gov't
Florian Miedel, Esq. for the Dft

Nature of Proceeding:   **SENTENCING**

Deft sentenced to 12 months and 1 day imprisonment;
3 years supervised release;
Fine: $25,000.00 - due immediately;
Special assessment: $100.00 - due immediately;
Special Conditions:
1) Community Service (200 hours over 3 years)
2) New Debt Restrictions
3) Self-Employment/Business Disclosure
4) Occupational Restrictions
Ordered deft to voluntarily surrender to BOP.


Time Commenced 11:00 a.m.
Time Adjourned 12:10 p.m.
Total time:    1 hr. 10 mins.

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk