UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------
UNITED STATES OF AMERICA

        Plaintiff,                    2:13-CR-748 (SDW)

v.                                       **ORDER**

JAMES JEFFERS, JR.,

        Defendant.
------------------------------------

    Plaintiff having filed a Application to Proceed In Forma Pauperis on appeal and relying on Plaintiff's statement in support thereof,

    It is on this 19TH day of April, 2016

    **ORDERED** that plaintiff's Application to proceed In Forma Pauperis on appeal is granted.

                                                       SUSAN D. WIGENTON, U.S.D.J.